**Order entered May 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01140-CV

### ZACHARIAH C. MANNING, Appellant

### V.

### PENFED REALTY, LLC, ET AL., Appellees

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-15897**

## ORDER

Before the Court is appellant's May 1, 2019 motion for an extension of time to file his reply brief. We **GRANT** the motion and extend the time to **June 3, 2019**.

/s/    ERIN A. NOWELL
        JUSTICE